UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **DANTRELL M. HARRIS,** Plaintiff, vs. **MACOMB COUNTY CHILDREN'S PROTECTIVE SERVICES, et al.,** Defendants. | 2:23-CV-10434-TGB-EAS **JUDGMENT** |

For the reasons stated in the opinion and order entered on today's date, it is hereby ordered and adjudged that the case is **DISMISSED WITHOUT PREJUDICE.**

Dated at Detroit, Michigan: March 16, 2023.

KINIKIA ESSEX
CLERK OF THE COURT

s/A. Chubb
Case Manager and Deputy Clerk

APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE

1